US MAGISTRATE JUDGE CHERYL L. POLLAK                DATE: 2/1/11

TIME SPENT:_____

DOCKET NO. 10 CV 4920 (JG)

CASE: Molina v City of NY

✓ INITIAL CONFERENCE          ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE       ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE      ___ TELEPHONE CONFERENCE
___ MOTION HEARING             ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

✓ COMPLETED           _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____      DEF. TO SERVE PL. BY:_____

RULINGS: Parties to notify Court re consolidating 4922 and 4923 with this case. Discovery schedule: parties to exchange discovery requests by 2/18; responses due 3/18. Parties to begin discussing settlement. Conference 4/26 at 2:00