US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 4/26/11

TIME SPENT:_____

DOCKET NO. 10 CV 4920

CASE: Molina v City of N.Y.

____ INITIAL CONFERENCE            ✓ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE          ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE         ____ TELEPHONE CONFERENCE
____ MOTION HEARING                ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                     _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

**RULINGS:**

Plaintiff is authorized to file an amended complaint adding an additional officer Def. to confer with officers re representation and file answer if retained. Parties to appear for settlement conference on all three cases on 6/24 at 10:00.