

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**KIMBERLY M. SAVINO**
Assistant Corporation Counsel
Phone: (212) 788-0987
Fax: (212) 788-9776
ksavino@law.nyc.gov

June 30, 2011

**BY ECF**
Honorable Cheryl L. Pollak
Honorable Ramon E. Reyes
Honorable Andrew L. Carter, Jr.
United States Magistrate Judges
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Marco Molina v. City of New York, et al., 10-CV-4920 (DGT)(CLP)

      Re:   Marco Molina v. City of New York, et al., 10 CV 04922 (SLT)(RER)

      Re:   Marco Molina v. City of New York, et al., 10 CV 04923 (ILG) (ALC)

Your Honors:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants in the above referenced three matters. I write to inform the Court that on June 24, 2011, following a settlement conference before Magistrate Judge Pollak, defendants issued a Rule 68 Offer of Judgment to Plaintiff Marco Molina for resolution of all three actions, which was accepted by plaintiff on June 27, 2011. The parties have not yet begun discussing the resolution of attorney's fees in the above matters. If the parties are unable to come to an agreement regarding attorney's fees the parties will write to the Court.

      Thank you for your consideration of this request.

      Respectfully submitted,

      /s/

      Kimberly M. Savino
      Assistant Corporation Counsel

cc:   Christopher D. Wright, Esq. (by ECF)